IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PATRICK D. MCCOWN, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. SA-22-CV-1063-FB |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | § |
| Defendant. | § |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order of Dismissal with Prejudice filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Dismiss with Prejudice (docket #8) is GRANTED such that all claims against the Defendant are DISMISSED WITH PREJUDICE.  No additional claims are pending by any party in this action thereby making this a final judgment disposing of all claims.  IT IS FURTHER ORDERED that attorneys' fees and costs of court are taxed against the party incurring same.  Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 14th day of February, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE